**Dismissed and Memorandum Opinion filed July 23, 2013.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-13-00226-CV

---

### NEFTALI ARROYO, Appellant

### V.

### CHASE HOME FINANCE LLC, Appellee

---

**On Appeal from the County Court at Law No. 3
Fort Bend County, Texas
Trial Court Cause No. 12-CCV-049659**

---

## M E M O R A N D U M   O P I N I O N

According to information provided to this court, this appeal is from a final judgment signed March February 26, 2013. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court that the trial court sustained a contest to appellant's affidavit of indigence, and appellant did not make arrangements to pay for the record.

On May 31, 2013, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). Appellant has not provided this court with proof of payment for the record or filed any other response to this court's notice.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Chief Justice Hedges and Justices Frost and Donovan.